In the Matter of the Amity Insurance Company. — Petition granted.   Opinion *Per Curiam*.

Horace B. Claflin and others, *Respondents*, v. Emil Hirsch, *Appellant*. — Reargument ordered.

In the Matter of the Manhattan Fire Insurance Company. — Order granted.

The People of the State of New York v. The Globe Mutual Life Insurance Company. — Receiver's accounts ordered on file without approval; application in respect to attorney's bills denied, without prejudice to the presentation of the attorney's bills in the form provided by statute.   Opinion *Per Curiam*.

The People of the State of New York v. The Teutonia Savings Bank. — Receiver's accounts ordered on file without approval; application for allowance of attorney's bill denied, without prejudice to the presentation of the attorney's bills in the form provided by statute.   Opinion *Per Curiam*.

The People of the State of New York v. The Globe Mutual Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Attorney General v. The Continental Life Insurance Company. — Order affirmed, with ten dollars costs and disbursements.

John Hills and William Hills, *Respondents*, v. M. M. Walker and others. *Appellants*. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Attorney General v. The New York State Life Insurance Company.

Pearson v. Stafford.

Smyth v. Bancroft. — The papers not being in compliance with the requirements of the statutes, the application cannot be entertained.   The papers may be withdrawn and leave given to submit another application through the receiver as required by the act.

John R. Duff, *Respondent*, v. William J. Hutchinson and George H. Kennedy, *Appellants*. — Order affirmed, with ten dollars costs and disbursements.   Opinion by Daniels, J.

The People of the State of New York *ex rel*. James Masterson v. The Board of Fire Commissioners. — Order reversed, relator restored.   Opinion by Brady, J.

Frederick Reck, *Respondent*, v. The Phœnix Insurance Company, *Appellant*. — Order reversed, and additional bond for $500 required, cost of appeal and disbursements to abide event. Opinion by Brady, J.

Bolton Hall, *Appellant*, v. The United States Reflector Company, *Respondent*. — Order modified as directed in opinion, and affirmed as modified, without costs to either party.   Opinion by Brady, J.; order to be settled by Brady, J.